Alex^d Ewings Ju^r
ad^v
Ethan Baldwin

filed in court 16th Dec^ber 1806

Sol. Sibley Att^y

In the Supreme Court of Michigan Territory—

*Alex^d Ewings Jun^r*
*ad^v*          } in case—
*Ethan Baldwin*

Michigan Territory to wit—

And the said Alexander Ewings Junior, by Sol. Sibley his Att^y comes and defends &c when &c and says that he is not guilty in manner and form as the said Ethan in & by his declaration afores^d thereof against him the said Alexander hath declared and of this he puts himself on his country—

by Sol Sibley his Att^y

And the Ptff likewise                                    By E Brush his Att^y

60

MICHIGAN TOWIT.

Alex<sup>d</sup> Ewings Jun<sup>r</sup> puts in his place Sol Sibley his Att<sup>y</sup> ag<sup>t</sup> Ethan Baldwin in the plea above plead.

[In the handwriting of Solomon Sibley]